# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>    Plaintiff,<br><br>    v.<br><br>I. RIVERA,<br><br>    Defendant. | Case No.: 1:20-cv-00200-NONE-JDP (PC)<br><br>ORDER VACATING AUGUST 13, 2020, SETTLEMENT CONFERENCE<br><br>(Doc. Nos. 14, 19) |

This case is currently set for settlement conference before the undersigned on August 13, 2020, at 10:00 a.m.

On July 14, 2020 and July 20, 2020, Plaintiff filed motions requesting that the settlement conference either be conducted by telephone or vacated due to the COVID-19 pandemic.

Because of the COVID-19 pandemic and coronavirus protocols, and the fact that Defendant has not yet filed a response in this action, the Court finds the best course is to vacate the settlement conference. The Court will not reschedule the conference at this time. Accordingly, it is HEREBY ORDERED that the August 13, 2020 settlement conference is VACATED.

IT IS SO ORDERED.

Dated:   **July 23, 2020**

                                              UNITED STATES MAGISTRATE JUDGE

1