UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>            Plaintiff,<br><br>      v.<br><br>I. RIVERA,<br><br>            Defendant. | Case No. 1:20-cv-00200-NONE-JDP<br><br>ORDER LIFTING STAY AND SETTING DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT<br><br>ECF No. 12<br><br>SIXTY-DAY DEADLINE |

   Because the settlement conference in this case has been vacated, ECF No. 20, the court hereby lifts the stay in this action, ECF No. 12. Defendant shall have 60 days from the date of this order to answer plaintiff's complaint. The court will issue a scheduling order once an answer has been filed.

IT IS SO ORDERED.

Dated:   July 27, 2020                                    _____
                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.