# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>        Plaintiff,<br><br>    v.<br><br>I. RIVERA,<br><br>        Defendant. | Case No.: 1:20-cv-00200-NONE-JDP (PC)<br><br>ORDER RE-SETTING SETTLEMENT CONFERENCE FOR AUGUST 13, 2020, AT 10:00 A.M. TO BE HELD BY **VIDEO (VIA ZOOM)** |

On July 24, 2020, the Court vacated the settlement conference set for August 13, 2020, at 10:00 a.m. before the undersigned. (ECF No. 20.)

The Court now finds good cause to re-set the settlement conference for August 13, 2020, at 10:00 a.m. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear, and based upon representation by the Attorney General's Office that video can be accommodated at the institution, the matter will be conducted **remotely by video** (via Zoom).

Counsel for Defendant shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendant is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated: __July 28, 2020__

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28