UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>               Plaintiff,<br><br>   v.<br><br>L. RIVERA,<br><br>               Defendant. | Case No. 1:20-cv-200-NONE-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(Doc. No. 36)<br><br>ORDER TO ASSIGN TO DISTRICT JUDGE AND TERMINATE PENDING MOTIONS<br><br>(Doc. Nos. 29, 35) |

On July 1, 2021, the parties filed a Stipulation for Voluntary Dismissal. (Doc. No. 36, "Stipulation"). According to the Stipulation, which all parties signed, the parties agree to dismiss the action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), each party shall bear its own litigation costs and attorneys' fees. (*Id.* at 1-2).

Accordingly, the Clerk of Court is directed to assign this case to a District Judge, enter a dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), terminate all pending motions (Doc. Nos. 29, 35) and close this case.

1 | IT IS SO ORDERED.
2 |
3 | Dated:  July 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE